# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MARCUS STEWART, | ) |
| Petitioner, | ) |
| v. | ) No. 1:24-CV-7 RWS |
| BILL STANGE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner Marcus Stewart has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but he has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*, within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form 'Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases.'

Dated this 22nd day of January, 2024.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE